Christopher Brodeur

    v.                                      Case No. 17-cv-445-PB

State of Massachusetts, et al.

<u>O R D E R</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 26, 2017, I dismiss this action, pursuant to 28 U.S.C. § 1915(e)(2), and deny the request for preliminary injunctive relief set forth in the Complaint (Doc. No. 1). "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                     /s/ Paul Barbadoro
                                   Paul Barbadoro
                                   United States District Judge

Date: March 7, 2018

cc: Christopher Brodeur, pro se