```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Christopher Brodeur

    v.

State of Massachusetts; Governor    Case No. 17-cv-445-PB
Charlie Baker (and his staff); Senator
Jeanne Shaheen (and her staff); Cara Wry;
Mass. RMV; and Police Officers FNU Moffa
and John Does 1 & 2


## O R D E R

After due consideration of the rebuttal filed (Doc. no. 39), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 7, 2018, and deny the motion for emergency relief (Doc. No. 35). The clerk is directed to enter judgment and close the case.

                                       /s/ Paul Barbadoro
                                       Paul J. Barbadoro
                                       United States District Judge

Date: April 9, 2018

cc: Christopher Brodeur, pro se